IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAMIEN NELSON,<br>Petitioner, | )<br>)<br>) Civil Action No. 7:06-cv-00329<br>) |
| v. | ) **FINAL ORDER**<br>) |
| UNITED STATES OF AMERICA,<br>Respondent. | ) By: Hon. James C. Turk<br>) Senior United States District Judge |

In accordance with the foregoing, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's "Application and Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)" is hereby construed and **DISMISSED** without prejudice as a successive motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and this matter is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner at his current place of confinement and to counsel of record for the government.

ENTER: This ___ day of May, 2006.

Senior United States District Judge